UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ALL THAT LOT OR PARCEL OF LAND, TOGETHER WITH
ITS BUILDINGS, APPURTENANCES, AND IMPROVEMENTS,
LOCATEDAT 2701 YARMOUTH DRIVE. WELLINGTON, FLORIDA,

and

FOUR HUNDRED TEN THOUSAND, FOUR HUNDRED AND
SIXTY-NINE DOLLARS IN UNITED STATES CURRENCY ($410,469.00)

        Defendant(s).
_____/

**VERIFIED COMPLAINT FOR FORFEITURE IN REM**

    Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby files this complaint for forfeiture and alleges as follows:

    1. This is a civil action for forfeiture in rem of properties located in West Palm Beach, Florida. Jurisdiction is vested in this Court pursuant to Title 28, United States Code, Sections 1345, 1355 and 2461.

    2. This Court has venue pursuant to Title 28, United States Code, Section 1355(b)(1) in that the acts giving rise to the forfeiture occurred within Palm Beach County, Southern District of Florida.

1

The properties will remain within the United States' control while this action is pending or until further order of the Court.

3. The defendant properties are more specifically described as:

All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 2701 Yarmouth Drive. Wellington, Florida 33414, and more particularly described as Lot 9, Block 69, Greenview Shores No. 2 of Wellington (P.U.D.), according to the map or plat thereof, as recorded in Plat Book 31, Page(s) 120 through 136, inclusive, of the Public Records of Palm Beach County, Florida. Parcel Identification Number: 73-41-44-09-02-069-0090, Florida,

and

Four hundred ten seven thousand, four hundred and sixty nine dollars ($410,469.00) in United States currency.

4. The defendant real property is currently titled in the name of "Nicole Benjoino, a married woman" by quitclaim deed recorded on July 8, 2015 Palm Beach Official Records Book 2727654, at pages 1002.

5. The United States seeks forfeiture of the defendant properties pursuant to Title 21, United States Code, Section 881 (a)(6) and (7) on the grounds that such properties were used or intended to be used to facilitate the illegal trafficking of a controlled substances, i.e. Fetanyl, GBL and Alprazolam, in violation of 21 United States Code, Sections 963, 952, 846, 841 and 924 or are proceeds of said trafficking.

6. In support of this complaint, the United States asserts as follows:

On October 5, 2017, the Grand Jury for the Southern District of Florida (WPB) superseded an indictment charging Emerson De Oliveira Benjoino and Nicole Benjoino with various drug offenses and seeking the forfeiture of the defendant properties. (DE: 1, 17-CR-80175-DIMITROULEAS). On November 21, 2017, Nicole Benjoino pled guilty to Count 6 of the Superseding Indictment that alleges that she possessed with intent to distribute Alprazolam and GBL in violation of 21 USC

841(a)(1) and 846 (DE: 32, 17-CR-80175-DIMITROULEAS). On December 29, 2017, the Court entered a preliminary order of forfeiture forfeiting her interest in the defendant properties (DE: 37, 17-CR-80175-DIMITROULEAS). Emerson De Oliviera Benjoino is a fugitive.

7. By virtue of the foregoing, and pursuant to the provisions of Title 21, United States Code, Section 881, the defendant properties have become and are forfeit to the United States of America.

WHEREFORE, the United States of America requests that process in due form of law, according to the procedures of the Court in causes of action in rem, and in accordance with the provisions of Rule G, Supplemental Rules for Certain Admiralty and or Maritime Claims and Asset Forfeiture Claims Actions, issue against the defendant properties, as described above, and that any person or persons having any interest therein be cited and directed to appear herein and answer the Complaint file and serve their verified claims and answers, as required, or suffer default, and that this Court decree the condemnation and forfeiture of the defendant properties to the United States of America, and that plaintiff be awarded its costs and disbursements in this action, and receive such other and further relief as may be just and proper.

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

BY: _____
MARK W. LESTER
Assistant U. S. Attorney
500 Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Fla. Bar No. 851620
TEL (561) 820-8711
FAX (561) 655-9785

## VERIFICATION

Pursuant to Title 28, United States Code, Section 1746, I declare under penalty of perjury that I, Jon Longo, Special Agent for Department of Homeland Security, have read the foregoing Complaint for Forfeiture In Rem, and that the contents thereof are true and accurate to the best of my knowledge and belief.

_____
Jon Longo
Special Agent, Department of Homeland Security